**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VENDANTKUSH, INC., | : | No. 13 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NRUJAL AMIN, AKASH H. PATEL, | : | |
| HIMANSU H. PATEL AND NVR | : | |
| BROTHERS, LLC, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.